```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
```

**FILED**

Apr 04 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEOFFREY WALKER, <br><br> Defendant. | CASE NO. CR23-95 TLT <br><br> VIOLATIONS: <br> 18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency <br><br> SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:  (18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency)

On or about November 15, 2022, in the Northern District of California, the defendant,

GEOFFREY WALKER,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the judicial branch of the Government of the United States by denying to a United States Probation Officer that he possessed a cellular telephone capable of accessing the Internet.  These statements and representations were false because, as WALKER then and there knew, he possessed in his pocket at that time a cellular telephone capable of accessing the Internet,

INFORMATION

1 | in violation of the conditions of his federal supervised release.

2 | All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: April 4, 2023

ISMAIL J. RAMSEY
United States Attorney

/s/ *Leif Dautch*
LEIF DAUTCH
Assistant United States Attorney

INFORMATION                                             2